In the Matter of the Transfer Tax upon the Estate of POLLY STRAIL, Deceased.

THE DISTRICT ATTORNEY OF ONONDAGA COUNTY, Appellant ; JOHN KELLY et al., Respondents.

*Matter of Strail*, 128 App. Div. 908, affirmed.
(Submitted April 28, 1909; decided May 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 14, 1908, which affirmed an order of the Onondaga County Surrogate's Court decreeing that a transfer tax upon the devolution of decedent's real property was not a lien thereon after a sale ordered in a proceeding for permission to sell such real property to pay debts of the decedent.

*Edmond C. Alger* for appellant.

*Walter Welch* for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: HISCOCK, J. Absent: CULLEN, Ch. J.